# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT GAUDET

VERSUS

SUSAN LALONDE

NO.   2021 CW 0434

**JULY 06, 2021**

---

In Re:   Susan LaLonde, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 699976 c/w 700682.

---

**BEFORE:   CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

WRC
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT